# CIVIL DOCKET
## UNITED STATES DISTRICT COURT

Jury demand date:

Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, By its President WHIT CAMPBELL, <br><br> JOHN HUTLEY, for themselves and others similarly situated <br><br> Plaintiffs <br><br> vs. <br><br> GADSDEN COUNTY SCHOOL BOARD, EDWARD FLETCHER, CECIL BUTLER C. W. HARBIN, JR., WILL I. RAMSEY, SR., RANDOLPH GREENE, as members of the Gadsden County school Board <br><br> Defendants <br><br> ACCESSION # 021 89 0268 <br> BOX # 141  VOL # 1 <br> LOCATION # B059 1364 SAN <br><br> Court Reporters notes in box 84 <br> 2-6-84 | For plaintiff: ~~324 W. College~~ ~~Kent Spriggs, 118 N. Gadsden~~ ~~St., Tallahassee, Fl. 32301~~ <br><br> Jack Greenburg, Charles Williams, Legal Defense Fund, 10 Columbus Circle, New York, New York 10019 <br><br> ✓ Kent Spriggs <br> 117 S. Martin Luther King., JR. Blvd <br> Tallahassee, FL 32301 <br> 224-8701 <br><br>  <br><br> For defendant: ✓ C. Graham Carothers <br> P. O. Box 391; Tallahassee, Fl. 32302 <br> 224-9115 <br><br> ~~Mr. Alton M. Towles, P. O. Drawer 549,~~ ~~Quincy, Fl. 32351~~  4/20/8? <br><br> Mr. Richard Gardner, ~~201 Quincy State~~ ~~Bank Bldg., Quincy, Fl.~~ <br> P. O. Box 1079 <br> Quincy, FL 32351 <br><br> ✓ James H. Thompson <br> 211 E. Jefferson St. <br> Quincy, FL 32351 <br><br> Court Reporters notes in box 27 <br> 1/23, 24/79 |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| 5 mailed | Clerk | | 10/12/73 | Spriggs | 15 00 | |
| | | | 10/16/73 | Tr US C/D #9 | | 15.00 |
| 6 mailed | Marshal | | | | | |
| s of Action: Class Action | Docket fee | | | | | |
| nstitutionally diluting | | | | | | Closed |
| < majority voting | Witness fees | | | | | 7/31/84 |
| ngth | | | | | | |
| on arose at: | Depositions | | | | | |

FPI MI—1-3-72-100M-7195

| DATE | PROCEEDINGS | Date Ord Judgment |
|---|---|---|
| 10/12/73 | Filed complaint alleging unconstitutionally diluting black majority voting strength seeking a single-member district plan, costs and attorneys fees | |
| 10/12/73 | Issued summons and handed to US Marshal with copies of complaint JS-5 | |
| 10/26/73 | Filed plaintiffs' Motion to Consolidate for Purposes of Discovery and Trial No. 73-176 and 73-177 (pleading filed in 73-176-T) | |
| 11/1/73 | Filed plaintiff's Interrogatories to defendants | |
| 11/8/73 | Filed US Marshal's Return on 285 showing complaint served on Gadsden County School Board on 11/1/73 | |
| 11/8/73 | Filed US Marshal's Return on 285 showing complaint served on Cecil Butler on 11/1/73 | |
| 11/8/73 | Filed US Marshal's Return on 285 showing complaint served on C. W. Harbin, Jr. on 11/1/73 | |
| 11/8/73 | Filed US Marshal's Return on 285 showing complaint served on Edward Fletcher on 11/1/73 | |
| 11/8/73 | Filed US Marshal's Return on 285 showing complaint served on Randolph Greene on 11/1/73 | |
| 11/8/73 | Filed US Marshal's Return on 285 showing complaint served on Will I. Ramsey, Sr. on 11/1/73 | |
| 11/20/73 | Filed Motion to Stay Proceedings or Abstain | |
| 11/20/73 | Filed Memorandum of Law in Support of Motion to Stay Proceedings or Abstain | |
| 11/20/73 | Filed Motion to dismiss | |
| 11/20/73 | Filed Memorandum of Law in Support of Motion to Dismiss | |
| 12/4/73 | Filed Plaintiffs' Response to Defendants' Motion to Stay or Abstain and Dismiss | |
| 12/5/73 | Filed Amended Complaint | |
| 12/7/73 | Hearing on Motions set for 12/11/73 at 10:30 am. at Tallahassee (Mr. Sprig will notice) | |
| 12/10/73 | Filed deft's Answers to Interrogatories | |
| 12/13/73 | Filed Order granting plaintiff's Motion to Consolidate with 73-176-CIV-T for purposes of discovery and trial (2) Denying School Board's Motion to Stay Proceedings or Abstain and County Commission's Motion to Abstain or Stay Proceedings (3) Carrying motions to dismiss with the cases pending consideration of briefs on question of convening 3 judge panel (4) Counsel to submit memorandum brief by 12/21/73 relating to convening 3 judge panel (5) granting ore tenus request of defendants and allowing NAACP to remain as a proper party plaintiff (copy to parties) | |
| 12/19/73 | Filed Plaintiffs' Interrogatories to Gadsden County Commission | |
| 12/19/73 | Filed Plaintiffs' Motion to Compel answers to certain interrogatories w/memo of law thereon | |
| 12/21/73 | Memorandum Brief as to Prerequisites for Convening a Three-Judge Court Pursuant to Provisions of 28 U.S.C. § 2281 filed in 73-176 | |
| 12/21/73 | Filed Plaintiffs' Brief on the Necessity of Convening a Three-Judge Court | |
| 1/10/74 | Filed cert. copy of Dismissal by One Plaintiff (the NAACP) | |
| 1/15/74 | Filed cert. copy of Stipulation on Discovery | |
| 1/15/74 | Filed cert. copy of plaintiffs' Motion to Consolidate for Purposes of Discovery and Trial in TCA 73-176, 73-177 and 73-210 | |
| 1/16/74 | Filed Answers of Gadsden County Commission to plaintiffs' interrogatories | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 1/16/74 | Filed Order that the convening of a three judge district court is not required. (Copies mailed to Attys. Spriggs, Carothers & Gardner and Attys. Williams & Greenberg & Alton Towles | | | |
| 1/16/74 | Filed Court's Notice of Hearing on question of whether causes shall proceed as class actions on 2/11/74 at 11:00 a.m. (Copies mailed to Attys. Spriggs, Williams & Greenberg, for pltfs. and Carothers, Gardner and Towles for defendants) | | | |
| 1/16/74 | Filed Order consolidating cause with 73-176 and 73-210-Civ-T (Copies mailed to Attys. Spriggs, Williams & Greenberg for Pltfs. and Carothers, Gardner and Towles for defts.) | | | |
| 1/16/74 | Filed Order for Pre-Trial Conference on March 19, 1974 at 10:30 a.m. and for Trial April 10, 1974, at 9:30 a.m. by the court in Tallahs. (Copies mailed to Attys. Spriggs, Williams & Greenberg for pltfs. and Carothers, Gardner and Towles for defts.) | | | |
| 1/18/74 | Filed Plaintiff McGill's Answers to the Interrogatories of the Defendant Gadsden County Commission | | | |
| 1/28/74 | Filed Motion by Quincy City Commission, Alex McMillan, Billy Mahaffey, Albert Kohnke, Leon Weaver and Lamar Munroe as Members of the Quincy City Commission to Dismiss Complaint in 73-177, 73-176 & 73-210 | | | |
| 1/28/74 | Filed Memorandum of Law on Motion of Defendants Quincy City Commission Alex McMillan, Billy Mahaffey, Albert Kohnke, Leon Weaver and Lamar Munroe as Members of the Quincy City Commission to Dismiss Complaint | | | |
| 1/28/74 | Filed Quincy City Commission, Alex McMillan, Billy Mahaffey, Albert Kohnke, Leon Weaver and Lamar Munroe's Motion to Abstain or Stay Proceedings in TCA 73-177, 73-176, 73-210 | | | |
| 1/28/74 | Filed Interrogatories Propounded by Gadsden County Commission ET AL., To Plaintiffs in Case No. 73-176 | | | |
| 1/30/74 | Filed Notice of Hearing on all pending motions set for 2/11/74 at 11:00 a.m. (copies to Mr. Spriggs, Mr. Carothers, Mr. Gardner, Mr. Towles, Mr. Greenburg, Mr. Williams) | | | |
| 2/4/74 | Filed cert. copy of Interrogatories Propounded by Defendants to Plaintiffs in 73-210 | | | |
| 2/6/74 | Mailed Notice of rescheduling non jury trial for April 8, 1974, at 9:30 a.m. in Tallahassee to Attys. Spriggs, Greenburg & Williams, Carothers, Towles, Gardner and | | | |
| 2/6/74 | Filed plaintiffs' Motion for A Preliminary Injunction Against The City Defendants | | | |
| 2/7/74 | Filed Plaintiffs' Response to the Motions of the Defendants Quincy City Commission to Dismiss and Stay or Abstain | | | |
| 2/7/74 | Filed Plaintiffs' Interrogatories to the Defendant Quincy City Comm. | | | |
| 2/11/74 | Mailed notice setting hearing on motion for preliminary injunction at 10:30 am. on 3/22/74 at Tallahassee to parties | | | |
| 2/15/74 | Filed Plaintiff Hutley's Answer to the Interrogatories of the defendant | | | |
| 2/19/74 | Filed Answers of Gadsden County School Board To Plaintiff's Interrogator | | | |
| 2/19/74 | Filed Memorandum Brief as to the Propriety of These Causes Proceeding as a Class action on behalf of defendants | | | |
| 2/19/74 | Filed Order on various motions denying deft's motion to abstain or stay proceedings in 73-210, parties to arrange a mutually convenient time for hearing on motion for preliminary injunction, granting as motion to dismiss the complaint NAACP's dismissal, taking remaining motions under advisement. (Copies mailed to counsel) | | | |

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | CLERK'S FEES DEFENDANT | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| 2/26/74 | Filed Notice of taking Deposition of Spiver Gordon on 3/4/74 at Tuscaloosa by plaintiff | | | |
| 3/1/74 | Filed Plaintiff McGill's Answers to the Interrogatories of the Defendant Gadsden County Commission | | | |
| 3/5/74 | Filed plaintiff's Notice of Deposition on Written Questions of Robert Racklett on 3/22/74 at 10:00 a.m. in Washington, D. C. | | | |
| 3/6/74 | Filed Plaintiff Campbell's Answers to the Interrogatories of the Defendant Quincy City Commission | | | |
| 3/12/74 | Filed Order dismissing complaint without prejudice with leave to amend complaint within 10 days to allege an actual case or controversy. COB 10, page 117-119 * | | | |
| 3/12/74 | Mailed copies or oder to attorneys Jack Greenburg, Charles Williams, Richard Gardner, Alton M. Towles, and Kent Spriggs. Handed copy to Attorney Graham Carothers JS 6 * and cancelling hearing on motion for preliminary injunction and denying motions for preliminary injunction | | | |
| 3/22/74 | Filed Amended Complaint (JS 6 cancelled) | | | |
| 4/1/74 | Filed Defendants' Motion to Dismiss Second Amended Complaint | | | |
| 4/1/74 | Filed Memorandum Brief in Support of Defendants' Motion to Dismiss Second Amended Complaint | | | |
| 4/2/74 | Mailed Notice of Hearing on Defts' Motion to Dismiss Second Amended Compla set for 4/8/74 at 10:00 a.m. at Tallahassee to parties | | | |
| 4/5/74 | Filed Plaintiffs' Memorandum in opposition to the Defts. Gadsdan County Co Quincy City Comm., and Gadsden County School Board Motions to Dismiss Amer Complaints | | | |
| 4/15/74 | Filed Deposition of SPIVER W. GORDON | | | |
| 4/25/74 | Filed Order for Pre-Trial Conference in 73-177, 73-176, 73-210 setting pre-trial conf. for 5/24/74 at 11:30 a.m. in Tallahassee and TRIAL set fc 5/30/74 at 9:30 (copy to parties) | | | |
| 5/1/74 | Filed Deposition of Spiver W. Gordon taken 4/8/74 in 73-176, 73-177 & 73- | | | |
| 5/2/74 | Filed Deposition of J. Love Hutchinson taken 3/13/74 in 73-176, 73-177 anc 73-210 | | | |
| 5/2/74 | Filed Deposition of Charles Everett Morrow taken 3/13/74 in 73-176, 73-17 and 73-210 | | | |
| 5/6/74 | Filed Order granting defendants' motions to dismiss as to all claims against defendants Quincy City Commission, Gadsden County Commission and Gadsden County School Board as to claims arising under the 13th Amendment to U. S. Constitutionand 42:1973; 2. denying defendants' motions to dismiss claims under 42:1981 and 1983, and 14th and 15th Amendments to U. S. Constitution; dismissing as a party in TCA 73-177 plaintiff John Hutley, and in TCA 73-210, dismissing as a party Witt Campbel. In TCA 73-176, plaintiffs will be allowed to represent their respective classes, to-wit: class composed of black registered voters in Gadsden County and in 73-177. In TCA 73-210, to represent the class of all black registered voters in the City of Quincy, Fla. Mailed copies of order to all counsel of record. | | | |
| 5/8/74 | Filed Answer of Defendants to Plaintiffs' Second Amended Complaint | | | |

D. C. 110A

73-177-CIV-T   NAACP, ET AL V. GADSDEN COUNTY SCHOOL BOARD

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES PLAINTIFF | DEFENDANT | AMOUNT REPORTED I EMOLUMEN RETURNS |
|---|---|---|---|---|
| 5/22/74 | Filed Motion to Amend Complaint | | | |
| 5/22/74 | Filed Memorandum of Law in support of motion to amend complaint | | | |
| 5/22/74 | Filed Notice of Filing Deposition of Robert Rackleff | | | |
| 5/30/74 | Filed Submission in the Nature of a Pre-Trial Stipulation | | | |
| 5/31/74 | Filed Civil Minutes of Non-Jurytrial -Trial commenced on 5/30/74 - Or Motion to Quash Subpoena of Mr. Richmond and Mr. Morrison by state Att Motion to Quash granted - Oral Motions by all defts. to Direct a Verdi and was taken under advisement by the court.  After testimony and exhi were presnted all matters were taken under Advisement by the court | | | |
| 5/31/74 | Filed IN OPEN COURT Plaintiff's Supplementary Memo of Law | | | |
| 6/4/74 | Filed US Marshal's Return on 285 showing Amended Complaint served on J. Love Hutchinson, Supv. of Elections of Gadsden Co. by serving Jeanette Hendley Graham on 5/24/74 | | | |
| 7/15/74 | Hearing set for 7/16/74 at 1:00 pm. (counsel of record nofified by phor | | | |
| 7/16/74 | Filed Minutes of Hearing : Testimony of Mr. Harry Morrison Taken | | | |
| 7/19/74 | Filed Plaintiffs' Post-Trial Brief | | | |
| 7/22/74 | Filed Memorandum Decision and Order dismissing cause of action with each party to bear own costs.  COB 10, pages 231-242 (Copies mailed to all counsel of record) JS 6 | | | |
| 7/24/74 | Filed Amended Order.  COB 10, pages 262-263   Mailed copies to counsel of record) | | | |
| 8/5/74 | Filed Joint Notice of Appeal w/surety bond for cost | | | |
| 8/6/74 | Mailed copy of notice of appeal and docket entries to Clerk, 5th CCA | | | |
| 8/6/74 | Mailed copies of notice of appeal to defendants counsel | | | |
| 10/8/74 | Stipulation that Clerk temporarily retain record for use by parties in preparing appeal papers filed in TCA 73-176 (copy to 5th CCA) | | | |
| 10/10/74 | Filed Court Reporter's Transcript of final hearing | | | |
| 10/10/74 | Filed Certificate of Appellant that the record, including transcript and all necessary exhibits is complete for purposes of appeal | | | |
| 10/10/74 | Clerk's Certificate on record on appeal | | | |
| 10/10/74 | Mailed partial record in form of copy of docket entries, certificate of counsel for appeallant that record is complete for purpose of appeal to Clerk, 5th CCA, New Orleans, La. | | | |
| 1/15/75 | APPELLANT's letter requesting Clerk to forward record on appeal rec'd | | | |
| 1/15/75 | RECORD on Appeal - 4 volumes of pleadings, TCA 73-210-Exhibit, plaintiffs' and defendant's exhibits - mailed to 5th Circuit | | | |
| 7/1/76 | CC Judgment of FCCA issued as Mandate 6/29/76 filed reversing District Court's Judgment granting School Board's Motion to Dismiss, thus remanding cause. (Cause 73-176 - Judgment affirmed.)         REFERRED cause to Judge Stafford. | | | |
| 7/1/76 | REC'D file and exhibits from FCCA. | | | |
| 7/1/76 | JS-5 | | | |
| 7/14/76 | NOTIFICATION OF READINESS FOR TRIAL filed by pltf Campbell. REFERRED | | | |
| 7/16/76 | REC'D copy of BILL OF COSTS approved by FCCA taxed in amt of $1780.70 . | | | |
| 8/11/76 | Filed cert. copy of ORDER of FCCA of Aug. 6, 1976, dividing costs equally between defts-appellees & pltfs-appellants. | | | |
| 8/13/76 | REC'D copy of letter re: clarification of Order of FCCA of Aug 6, dividing costs (re appellee Gadsden County Commission). | | | |

| DATE | FILINGS--PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |
| 3/30/76 | REC'D copy of letter of Chief Deputy Clerk, FCCA, re: Court costs & directed to Mr. Towles. | | | |
| 2/8 | NOTICE OF READINESS FOR TRIAL filed by Pltf Campbell. | | | |
| 2/8 | REFERRED Notice. | | | |
| 2/17 | Mailed notice setting case for status hearing 2/18/77 at 9:30 | | | |
| /15/77 | MEMORANDUM ON STATUS OF CASE ON REMAND filed by defendant's atty   REFERRED | | | |
| /28 | PLAINTIFFS MOTION FOR SUMMARY JUDGMENT filed  - Referred | | | |
| /28 | MEMORANDUM IN SUPPORT OF PLAINTIFF's MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS MEMORANDUM ON STATUS OF THE CASE ON REMAND filed | | | |
| /4 | MOTION FOR SUMMARY JUDGMENT filed by Defts.    REFERRED | | | |
| /4 | MEMO IN SUPPORT OF MOTION FOR S JUDGMENT & IN OPPOSITION TO PLTF'S MOTION FOR S JUDGMENT filed by Defts.   REF | | | |
| /8 | NOTICE OF ADDITIONAL AUTHORITY filed by Defts.   REFERRED | | | |
| '9 | ORDER filed denying the parties' Cross Motions for Summary Judgment, granting parties 60 da. from date of this Order to conduct discovery relating to issue of responsiveness vel non of Gadsden County School Board to interests of black voters of Gadsden County, & directing Clerk at the end of said 60 da. to issue order for PT Conf & to schedule non-jury trial on said issue.          Copy to counsel. | | | |
| /6 | Filed DEFENDANT'S SECOND SET OF INTERROGATORIES TO PLAINTIFF | | | |
| 5/13 | Filed PLAINTIFFS' ANSWERS AND OBJECTIONS TO DEFENDANTS' SECOND SET OF INTERROGATORIES | | | |
| /25 | ORDER setting case for p.t. for 8/22/77 at 9:30 and trial for 8/25/77 at 9:30 non-jury. cc: counsel | | | |
| /26 | Deft's memo in support of their motion to compel discovery and request for sanctions, filed. referred. | | | |
| /26 | Defts. motion to compel discovery and award expenses, filed. referred. | | | |
| /8 | PLTFS' RESPONSE TO DEFTS' MOTION TO COMPEL filed.   Referred | | | |
| /1/77 | PLTFS. supplemental interrogatory answers, filed. | | | |
| 7/1 | FILED certificate of counsel. ref. to judge | | | |
| 14 | PLTFS' MOTION FOR SUMMARY JUDGMNET WITH MEMO, filed. referred. | | | |
| 27 | DEFENDANTS REPLY IN OPPOSITION TO PLAINTIFFS SECOND MOTION FOR SUMMARY JUDGMENT. FILED. ref. to judge | | | |
| | PLTFS. response to defts. reply in opposition to pltfs. second motion for summary judgment, filed. REFERRED. | | | |
| | Request for oral argument, filed. referred. | | | |
| /8 | Mailed notice cancelling pre-trial and trial. | | | |
| | FILED AND MAILED ORDER re-setting pre=trial for Oct. 17, 1977. cc: counsel | | | |
| 10-11 | PRE-TRIAL STIPULATION. FILED ref. to judge | | | |
| 0-11 | MOTION TO CONSOLIDATE. WITH MEMO OF LAW. FILED ref. to judge | | | |
| 14/77 | Filed Deft's. Notice of additional authority REFERRED | | | |

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| NAACP | GADSDEN COUNTY SCHOOL BOARD | DOCKET NO. _____ <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1977 | | |
| 11/7/77 | | ORDER that defts. motion to compel is granted. Pltfs. motion for summary judgment is denied.   cc: counsel |
| 11/23/77 | | ORDER that 1. pltfs. motion for relief from judgment in TCA 73-176 is denied. <br> 2. Pltfs. motion to consolidate TCA 73-176 and TCA 73-177 is denied <br> cc: counsel |
| 1978 | | |
| 1/5/78 | | CONDITIONAL REQUEST FOR HEARING filed by plaintiff - referred <br> (refer to letter dated 1/6/78. |
| 1/16 | | PLAINTIFFS' amended answers to defendants' SECOND SET OF INTERROGATORIES filed |
| 2/13 | | PLAINTIFFS'S MOTION CONCERNING COMMUNICATIONS WITH THE CLASS with MEMORANDUM OF LAW filed - Ref. |
| 2/16 | | DEFENDANTS' REPLY TO PLAINTIFF'S MOTION CONCERNING COMMUNICATION WITH THE CLASS filed - Referred |
| 3/29 | | ORDER filed   cc:counsels <br> Plain. motion concerning communication with the class if GRANTED subject to the following conditions; <br> 1. All contact qwith class members shall be solely for purpose of obtaining info. & discovery relevant to this lawsuit <br> 2. All comm. w/members of proposed class shall be conducted only by counsel of record. <br> 3. Within 5 days of any such comm the party making the comm. shall file wit the court a report containing the following info.: a. name and address of each person interviewed. <br> b. whether person interviewed gave a recorded statement, either written or by mechanical instrument. |
| 4/3 | | PLAINTIFFS' MOTION TO AMEND ORDER of 3/28/78 with MEMORANDUM OF LAW filed - Ref. |
| 4/12 | | Mailed notice setting case for non-jury trial on Aug. 14, 1978 at 9:30 |
| 6/12 | | Mailed notice setting case for non-jury trial on Nov. 6, 1978 at 9:30 and cancelling trial set for 8/14/78 |
| 7/27 | | ORDER filed on pltf's motion to amend order of 3/28/78 directing that all communications with class members, whether before or after certification of class, be solely for the purpose of obtaining information and disc. relevant to this lawsuit etc.; all communications with class members shall be conducted only by attorneys; on 9/1/78 and on first working day of each month thereafter, counsel of record shall file with court, a report concerning communications with members of the class or proposed class during calendar month etc. (copy to parties) |
| 10/17 | | Pltfs. motion to add a witness to the pre-trial stipulation, filed. |
| 10/17 | | Pltfs. motion to establish law of the case or in the alternative request for judicial notice, filed. |
| 10/17 | | Pltfs. motion to modify the March 9, 1977 order as to the scope of the issue at trial of this cause. |
| 10/20 | | MOTION TO AMEND ANSWER filed by deft. - Ref. |
| 10/25 | | PLAINTIFF'S RESPONSE TO DEFENDANT"S MOTION TO AMEND ANSWER filed - Ref. |
| 10-26 | | DEF. REPLY TO PL. MOTION TO MODIFY THE MARCH 9, 1977 ORDER AND PL, MOTION TO ESTABLISH THE LAWS OF THE CASE. FILED. ref. |
| 10-26 | | DEF. REPLY TO OL MOTION TO ADD A WITNESS. FILED ref. |
| 10/27 | | Mailed notice setting case for pre-trial on 1/5/79 at 9:30 a.m. and trial on 1/23/79 at 9:30 A.M. |
| 11-9 | | ORDER. FILED cc;counsel <br> 1. pl. motion to modify the March 9, 1977 order as to the scope of the issues at rial is GRANTED. <br> 2. pl motionto establish law of the case or request for judicial |

DC 111A (Rev. 1/75)

TCA 73-177

**CIVIL DOCKET CONTINUATION SHEET**   FPI-MAR—3-7-78

| PLAINTIFF | DEFENDANT | DOCKET NO. _____ |
|---|---|---|
| WITT CAMPBELL, et al | GADSDEN CO. SCHOOL BOARD | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | notice regarding alleged racial motivation behing the establishment of the at-large election ssytem for school boards is DENIED. |
| | | 3. pl. motion to add a witness to the pre-trial stip. is GRANTED. |
| | | 4. DEF. unopposed motion to amend answer is GRANTED. |
| 12/22 | | Filed ORDER FOR PRE-TRIAL CONFERENCE AND SETTING TRIAL: cc: counse PT set for 1/5/79; PT stips due 12/29/78; trial set for 1/23/79 in Talla (copies by certified mail) |
| 12/29 | | Filed PRE-TRIAL STIUPUATION - Ref |
| | | Filed PLAINTIFFS' PROFFER - Ref. |
| 1979 | | |
| 1-11 | | AMENDMENT TO PRE-TRIAL STIPULATION. FILED ref. |
| 1/17 | | Filed NOTICE OF TAKING DEPOSITION of Ms. Patricia Due on 1/22/79 |
| 1-17 | | MOTION TO VACATE NOTICE OF TAKING DEPOSITION AND MEMO IN SUPPORT OF MOTION FILED ref. |
| 1-17 | | PL. RESPONSE TO DEF. MOTION TO VACATE. FILED ref. |
| 1/19 | | Filed CLERK"S ADVICE SHEET Granting Motion to vacate notice of taking deposition and memorandum in suport of motion cc:counsels |
| 1/24/79 | | Filed Civil Min- Non-Jury trial commenced 1/23/79 and continued to 1/24/79. Witnesses sworn & evidence received by the court. Matter taken under advisement by the court. Pltf. & deft. to file briefs by 2/5/79. |
| 2/5 | | Filed DEFT. POST-TRIAL BRIEF - Ref. |
| 2/5 | | Filed PLAIN. PROPOSED MEMO OPINION - Ref. |
| 2/12 | | Filed DEFT. REPLY TO PLAINT. POST-TRIAL BRIEF - REf. |
| 2/12 | | PL. RESPONSE TO DEF. POST-TRIAL BRIEF. FILED ref. |
| 2/23 | | Filed NOTICE OF ADDITIONAL AUTHORITY - REf. |
| 5/22 | | Filed defdts' NOTICE OF ADDITIONAL AUTHORITY - Ref |
| 6/14 | | Filed NOTICE OF ADDITIONAL AUTHORITY - Ref |
| 6/25 | | Filed PLAINTIFF'S COMMENT ON DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY - Ref |
| 6/25 | | Filed VOLUMES I AND II OF TRIAL held 1/23 & 24/79 |
| 10/9 | | Filed ORDER (WS) copies mailed to counsel Entry of this court's opinion and order is being withheld pending resolution by US Supreme Ct of disputed issues of law arising out of decisions of 5th CCA |
| 11/21 | | Filed MOTION FOR WITHDRAWAL OF COUNSEL by Michael Pearce Dodson for Gadsden County School Board - REf to WS |
| 12/26 | | Filed Clerk's Advice Sheet GRANTING MOTION TO WITHDRAW AS COUNSEL, by WM.STAFFORD.     CC to Counsels. |
| 5/27/80 | | Filed ORDER (WS) copies to counsel parties have 20 days to file additional legal memo |
| 6/13 | | FILED Memorandum Breif ref. to WS |
| 6/17 | | FILED Plaintiffs Memorandum on the Impact of"City of Mobil V. Bolden" ref. WS |
| 12/5 | | FILED Memorandum Opinion and Order (WS) cc: to counsel |
| | | FILED Judgment cc: to counsel |
| | | |
| | | COB 2 2       PAGE 4/       JS-6 |
| 12/15/80 | | PLAINTIFF'S MOTION TO AMEND THE JUDGMENT WITH SUPPORTING MEMORANDUM OF LAW filed |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| WITT CAMPBELL, et al. | GADSDEN CO. SCHOOL BOARD | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1980 | | |
| 12/16 | | DEFDTS' REPLY MEMO TO PLTFS' MOTION TO AMEND JUDGMENT   ref to WS |
| 12/31 | | FILED Referral and Order (WS) cc: to counsel |
| | |     Motion to Amend the Judgment is DENIED |
| 1981 | | |
| 1/16 | | NOTICE OF APPEAL filed by pltf   cc: FCCA, defdt counsel |
| 11/29 | | FILED Plaintiffs' Notice of Representative |
| 1982 | | FILED Notice of Automatic substitution |
| 12/20 | | FILED Order ECCA |
| | |     On consideration whereof, it is now here ordered and adjudged by this court that the hudgment of the said District Court in this cause be and the same is hereby REVERSED: and that this cause be, and the same is hereby, REMANDED to said District Court in accordance with the opinion of this Court; It is further ordered that defendants-appellees pay to plaintiff appellants, the costs on appeal to be taxed by the Clerk of this Court. |
| 1983 | | |
| 1/27 | | NOTICE.........Status conference on 2/3/83, 9:30 a.m.,(1 hr.), Talla copy mailed to Kent Spriggs, Graham Carothers, & James Thompson |
| 2/3 | | CIVIL MIN......Status conf., discussion only, no testimony, no exhibits.  Status report due 3/15/83 |
| 3/10 | | LETTER.....to Judge Stafford from Thomas Warren ref. WS |
| 3/14 | | LETTER.....to Judge Stafford from Thomas Warren ref. WS |
| 7/1 | | LETTER.....to Judge Stafford from Kent Spriggs |
| 7/6/83 | | NOTICE.....Setting final hearing on 9/23/83, 9:30 a.m., Talla., copy mailed to Kent Spriggs, Graham Carothers, James Thompson |
| 7/6 | | LETTER.....to Judge Stafford from  Kent Spriggs |
| 7/11/ | | NOTICE.....Resetting final hearing on 10/5/83, 2:30 p.m., Talla., copy mailed to Kent Spriggs, Tommy Warren, Graham Carothers, James Thompson |
| 7/18 | | PROPOSED PLANDS.....defdt's for election of members of the school board by defdts'  ref. WS |
| 9/20 | | MOTION.....pltf's for attorney's fees and hearing setting with memo |
| 9/22 | | REFERRED.....motion for atty's fees to WS |
| 10/3 | | PLAINTIFFS' PLAN.....ref. WS |
| | | REFERRAL & ORDER.....(WS) cc: _reenburg, Spriggs, Carothers, and Thompson motion for atty's fees hearing is CONTINUED |
| 10/7 | | LETTER.....from Kent Spriggs to Judge Stafford dated 10/5/83 |
| 10/11 | | REPLY MEMORANDUM.....defdt's to pltf's proposed plan ref. WS |
| 11/4 | | NOTICE........Setting STATUS CONF. on 11/9/83, 3:00 p.m., Talla., copy mailed to Kent Spriggs & Graham Carothers |
| | |     Notice not mailed, parties called and cancelled stat. conf. |
| 1/9/84 | | NOTICE........Setting FINAL HEARING on 2/6/84, 10:00 a.m., Talla., copy mailed to Kent Spriggs, Graham Carothers, James Thompson |
| 2/6/84 | | MINUTES........Final Hearing, testimony taken exhibits received. Court considered all 3 plans & found that Board Plan II is the best plan for the job.  Counsel is to draw up an order for the court's signature.  All school board members will have to run for reelection at the next available time. |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ___ OF ___ PAGES |

| DATE 1984 | NR. | PROCEEDINGS |
|---|---|---|
| 3/6 | | MEMORANDUM OPINION AND ORDER.....(WS) cc: Spriggs, Carothers and Thompson  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defdt's School Board of Gadsden County, Florida shall serve a copy of this decision and order upon the Supervisor of Elections of Gadsden County, Florida, and that upon such service the Supervisor of Elections shall comply with each and every provision set forth above exec[ as may be hereafter modified or amended by order of this Court. The Plaintiffs are prevailing parties in this case and are entitled to atty's fees, costs, and expenses pursuant to 42 U.S.C. :1988 and ::19731(e) for all time and expenses reasonably expended by them in the course of this litigation. The parties shall have 30 days in which to attempt in good faith to agree on the amount of said fe costs, and expenses. In the event no resolution in reached after said 30 days the plaintiffs shall file their motion for same within 15 days thereafter. The parties are encouraged to resolve this entire issue or any sub issue related thereto so that the ultimate cost of this litigation may, at least for this stage of the litigation, be minimized. |
| 4/9 | | JOINT MOTION.....pltf's & defdt's for enlargment of time in which pltf's are required to file their motion for attorneys' fees, costs, and expenses ref. WS |
| 4/12 | | REFERRAL & ORDER.....(WS) cc: Spriggs, Carothers and Thompson  Joint motion for enlargement of time is GRANTED until June 5, 1984 |
| 6/4 | | STIPULATION..... ref. WS |
| 6/29 | | NOTICE............SETTING HEARING ON ATTORNEY FEE HEARING on 7/19/84, 9:30 a.m., Talla., copy mailed to Tommy Warren & Graham Carothers |
| 7/12 | | LETTER.....to Judge Stafford from Spriggs & Warren dated 7/10/84 as to status of Attorneys' Fees |
| 7/13 | | MOTION....Pltfs-appellant's to Supplement the Record on Appeal |
| 7/10 | | SUPPLEMENTAL RECORD....mailed to ECCA |
| 7/19/84 | | MINUTES......Attorney Hearing, testimony taken, court to enter order. |
| 7/27 | | LETTER.....to Judge Stafford from Spriggs & Warren dated 7/20 concerning approval of attorneys' fees by Judge Pittman |
| 7/31/84 | | ORDER.....(WS)....for Attorneys' fees, ordered that the award for attorneys' fees for pltfs. in the amount of $99,368.00 heretofore stipulated by and between the parties shall be enhanced by 30% for a total award of attorneys' fees of $129,178.40. For all of which let execution issue, copy mailed to Kent Spriggs, Tommy Warren & Graham Carrothers |
| 7/31/84 | | ORDER......(WS)....Directing entry of judgment. Clerk is directed to close this case, with the court retaining jurisdiction for a period of 5 years as provided by t 3/2/84 Memorandum Opinion and Order, copy mailed to Tommy Warren, Kent Spriggs & Graham Carothers |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

FPI—MAR—7-14-80-70M-4398

| PLAINTIFF | DEFENDANT | DOCKET NO. 73-177 |
|---|---|---|
| N.A.A.C.P. | GADSDEN COUNTY SCHOOL BOARD | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/31/84 | | JUDGMENT.....Copy mailed to Tommy Warren, Kent Spriggs & Graham Carothers & <u>Tall. Civ. Or. Bk.#32, pg. 316-331</u> |
| | | JS 6 |
| 9/19 | | RETURNED.....Def. exhibits to counsel |
| 9/24 | | RETURNED.....Plntf. exhibits to counsel. |
| 9/27 | | ORDER...(WS)...Approving Stipulation re: attorneys fees.<br>          cc:  Spriggs, Carothers, Thompson |
| 10/2 | | SATISFACTION.....Of Judgment-stating Clerk is hereby authorized and directed to note the full and complete satisfaction and cancellation of said judgment of record. filed by plntf. atty. |