IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

N.A.A.C.P., etc.,

    Plaintiffs,

v.                              TCA NO. 73-177

GADSDEN COUNTY SCHOOL BOARD,

    Defendants.
_____/

**MOTION AND MEMORANDUM OF LAW OF DEFENDANT, GADSDEN COUNTY SCHOOL BOARD, TO REOPEN COURT FILE AND AMEND THE MEMORANDUM OPINION AND ORDER DATED MARCH 2, 1984, AND <u>JUDGMENT ENTERED IN ACCORDANCE THEREWITH</u>**

COMES NOW the Defendant, Gadsden County School Board, by and through the undersigned counsel, and moves the Court to reopen its file in this case pursuant to Federal Rule of Civil Procedure 60(b)(6), and amend the Memorandum Opinion and Order dated March 2, 1984, and the Judgment entered in accordance therewith. In support of this Motion, the School Board states as follows:





03 NOV 25 AM 10: 52

FILED

1. On October 12, 1973, the National Association for the Advancement of Colored People, et al. ("Plaintiffs"), filed a Complaint against the Gadsden County School Board ("the School Board") and its members alleging that the at-large county-wide election of School Board members under then Chapter 230, Florida Statutes, was unconstitutional because it diluted the vote of black electors in Gadsden County.

2. Following appellate proceedings and a subsequent remand, this Court issued a Memorandum Opinion and Order on March 2, 1984, adopting a plan of reorganization and redistricting set forth in a submitted proposal referred to as "Board Plan 2," and ordering the School Board to comply with the terms of said plan. The Court reached the decision to adopt Board Plan 2 as a result of its conclusion that Board Plan 2 was "composed of districts of reasonably equal proportion in accord with one-person one-vote requirements," and that it also "insur[ed] that the voting potential of black persons is not minimized or cancelled." See Memorandum Opinion and Order, p. 8 (internal citations omitted).

3. The Court ordered that for the purposes of School Board elections, Gadsden County was to be reapportioned into five single-member residence districts, the boundaries of which were described in Board Plan 2 and displayed in an accompanying

2

map which was filed with the Clerk of the Court. <u>See</u> Memorandum Opinion and Order, p. 10, ¶ 1.

4. The Court expressly retained jurisdiction over this matter for five years, but also stated that this period could be shortened or extended by order of the Court. In addition, the Court's Order stated that during this period of continuing jurisdiction the School Board is entitled to file a report and recommendations with the Court regarding the necessity to amend the boundaries of any of the five districts or such other relief as necessary "to effectuate the provisions of this Order." <u>See</u> Memorandum Opinion and Order, p.12-13, ¶ 6.

5. Finally, the Court's Order stated that:

> Prior to its relinquishment of jurisdiction in this case, the Court shall make provisions for modifications or continuances of the aforementioned plan.

<u>See</u> Memorandum Opinion and Order, p. 13, ¶ 6.

6. Notwithstanding the above, the Court's docket lists this case as closed, with no provisions having been made for modification or continuance of the redistricting plan.

7. Since the entry of Judgment in this case, significant changes have taken place in the population and demographic make-up of Gadsden County. These changes have caused the School Board member residence districts as defined in "Board Plan 2" to be noncompliant with the requirement of Florida law that school

board member residence areas "shall, as nearly as possible, be equal in population" (See § 1001.36, Fla. Stat.), as well as the requirements of the Court's March 2, 1984, Memorandum Opinion and Order.

8. In order to bring its districts into compliance with the Court's Order and applicable Florida law, on November 13, 2003, the School Board passed a resolution in which it adopted as its new districts the voting districts of the Gadsden County Commission, as defined in a plan referred to as "Alternative 3."

9. Alternative 3 defines the districts based upon the most recent census data available for Gadsden County, and therefore reflects the changes in population and demographics which have occurred since the implementation of the School Board's existing district plan.  (A copy of a statistics report on the districts as defined by Alternative 3 is attached hereto as "Exhibit 1."  In addition, a map of Gadsden County showing the geographic parameters of the districts as defined by Alternative 3 is attached hereto as "Exhibit 2.")

10. Alternative 3 has previously been approved by the Gadsden County Commission, and currently defines the County Commissioner districts in Gadsden County.

11. Although it is now more than five years after the entry of the Court's March 2, 1984, Memorandum Opinion and Order and subsequent Judgment in this case, the School Board requests

4

that this Court enter an Order approving the revised Gadsden County School Board member residence areas as defined in Exhibits 1 and 2.

WHEREFORE, Defendant, Gadsden County School Board requests that this Court reopen its file for Civil Action No. 73-177 and enter an Order approving the Gadsden County School Board member areas as defined in Exhibits 1 and 2.

RESPECTFULLY SUBMITTED this 25th day of Nov., 2003.

_____
JAMES HAROLD THOMPSON
Florida Bar No. 0121325
E. DYLAN RIVERS
Florida Bar No. 0669555
Ausley & McMullen
227 South Calhoun Street (32301)
Post Office Box 391
Tallahassee, Florida 32302
850/224-9115 (telephone)
850/222-7560 (fax)

Attorneys for Defendant, Gadsden
    County School Board

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a copy of the foregoing has been furnished by United States Mail this 25th day of Nov, 2003, to:  Ms. Brenda Holt, President, Quincy N.A.A.C.P., Post Office Box 1144, Quincy, Florida 32353.

_____
Attorney

h:\edr\gcsb\redistricting motion.doc

Alternative 3    District Statistics Report

| District | Population (2000 Census) | | | | | | Voting Age Pop (2000 Census) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Single Race White | Non-Hispanic Black | Hispanic Black | Hispanic Non-Black | Other | Total | Single Race White | Non-Hispanic Black | Hispanic Black | Hispanic Non-Black | Other |
| 0 | 15,937,291 | 65.52% | 14.74% | 0.60% | 16.21% | 2.92% | 12,302,870 | 68.49% | 12.65% | 0.52% | 15.56% | 2.78% |
| 1 | 9,461 | 40.51% | 57.87% | 0.26% | 0.52% | 0.84% | 6,935 | 45.41% | 52.96% | 0.30% | 0.50% | 0.82% |
| 2 | 8,631 | 53.26% | 43.01% | 0.41% | 2.44% | 0.88% | 6,493 | 57.86% | 38.80% | 0.29% | 2.16% | 0.89% |
| 3 | 9,079 | 44.84% | 42.60% | 0.25% | 10.86% | 1.44% | 6,848 | 49.75% | 39.52% | 0.25% | 9.04% | 1.45% |
| 4 | 8,939 | 18.65% | 71.00% | 0.43% | 9.42% | 0.50% | 6,304 | 22.51% | 68.21% | 0.40% | 8.34% | 0.54% |
| 5 | 8,977 | 22.35% | 70.91% | 0.36% | 6.03% | 0.36% | 6,588 | 26.31% | 67.94% | 0.21% | 5.12% | 0.43% |


EXHIBIT 1

# District Statistics Report

| District | Total | Population By Age (2000 Census) | | | Population By Sex (2000) | |
|---|---|---|---|---|---|---|
| | | 17 and Under | 18 to 64 | 65 and Older | Male | Female |
| 0 | 15,937,291 | 22.80% | 59.61% | 17.58% | 48.79% | 51.21% |
| 1 | 9,461 | 26.70% | 61.86% | 11.44% | 46.81% | 53.19% |
| 2 | 8,631 | 24.77% | 62.02% | 13.21% | 47.57% | 52.43% |
| 3 | 9,079 | 24.57% | 61.93% | 13.49% | 51.04% | 48.96% |
| 4 | 8,939 | 29.48% | 61.79% | 8.74% | 43.96% | 56.04% |
| 5 | 8,977 | 26.61% | 59.36% | 14.02% | 48.45% | 51.55% |

# District Statistics Report

| District | Total | Population (1990 Census) | | | | | Total | Voting Age Pop (1990 Census) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Single Race White | Non-Hispanic Black | Hispanic Black | Hispanic Non-Black | Other | | Single Race White | Non-Hispanic Black | Hispanic Black | Hispanic Non-Black | Other |
| 0 | 12,896,821 | 73.34% | 13.01% | 0.45% | 11.75% | 1.45% | 10,042,748 | 76.01% | 10.90% | 0.41% | 11.35% | 1.33% |
| 1 | 8,075 | 42.32% | 56.67% | 0.25% | 0.43% | 0.33% | 5,682 | 46.97% | 52.06% | 0.21% | 0.37% | 0.39% |
| 2 | 7,504 | 54.60% | 43.72% | 0.08% | 1.35% | 0.25% | 5,347 | 60.15% | 38.26% | 0.07% | 1.25% | 0.26% |
| 3 | 9,363 | 53.70% | 41.29% | 0.18% | 4.21% | 0.62% | 7,111 | 57.61% | 38.01% | 0.17% | 3.59% | 0.62% |
| 4 | 7,643 | 21.10% | 74.79% | 0.31% | 3.48% | 0.31% | 4,847 | 26.51% | 69.26% | 0.29% | 3.63% | 0.31% |
| 5 | 8,520 | 25.85% | 72.55% | 0.15% | 1.03% | 0.42% | 5,954 | 30.38% | 68.16% | 0.10% | 0.89% | 0.47% |

# District Statistics Report

| District | Registered Voters 2000 | | | | Registered Voters 1998 | | | | Registered Voters 1999 | | | |
| | | Party Affiliation | | | | Party Affiliation | | | | Party Affiliation | | |
| | Total | Rep | Dem | Ind | Total | Rep | Dem | Ind | Total | Rep | Dem | Ind |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 8,719,808 | 39.27% | 43.34% | 17.39% | 8,147,824 | 40.15% | 44.80% | 15.05% | 8,040,209 | 41.05% | 46.05% | 12.90% |
| 1 | 5,463 | 15.50% | 78.31% | 6.22% | 4,814 | 14.54% | 80.72% | 4.74% | 4,865 | 13.71% | 82.34% | 3.95% |
| 2 | 6,002 | 13.36% | 81.42% | 5.20% | 5,569 | 12.23% | 83.41% | 4.35% | 5,668 | 11.71% | 84.40% | 3.90% |
| 3 | 4,674 | 9.33% | 85.19% | 5.48% | 4,460 | 8.74% | 86.86% | 4.37% | 4,607 | 7.92% | 88.73% | 3.34% |
| 4 | 5,323 | 4.47% | 92.37% | 3.17% | 5,017 | 4.31% | 93.06% | 2.69% | 5,005 | 4.14% | 93.45% | 2.38% |
| 5 | 4,768 | 6.61% | 89.05% | 4.34% | 4,497 | 5.94% | 90.82% | 3.22% | 4,545 | 5.65% | 91.31% | 3.08% |

# District Statistics Report

Registered Voters 2000 by Race, Age, and Sex

| District | Total | Race/Ethnicity | | | | Age | | | | | Sex | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | White | Black | Hisp | Other | 18 to 29 | 30 to 44 | 45 to 54 | 55 to 64 | 65 up | Male | Female |
| 0 | 3,719,808 | 77.92% | 10.54% | 7.63% | 3.91% | 14.89% | 27.45% | 17.84% | 13.77% | 26.05% | 45.40% | 54.08% |
| 1 | 5,463 | 44.70% | 52.55% | 0.22% | 2.51% | 18.51% | 32.16% | 20.26% | 13.55% | 15.43% | 41.09% | 58.45% |
| 2 | 6,002 | 57.85% | 38.42% | 0.62% | 3.10% | 19.21% | 29.02% | 20.61% | 13.86% | 17.31% | 42.52% | 57.00% |
| 3 | 4,674 | 57.89% | 38.36% | 1.18% | 2.50% | 20.09% | 27.34% | 19.04% | 13.63% | 19.98% | 42.30% | 57.25% |
| 4 | 5,323 | 21.92% | 74.69% | 0.81% | 2.65% | 25.44% | 30.21% | 17.51% | 11.93% | 14.94% | 40.28% | 59.33% |
| 5 | 4,768 | 27.62% | 69.63% | 0.55% | 2.18% | 23.11% | 28.46% | 18.69% | 12.14% | 17.55% | 40.29% | 59.38% |

# District Statistics Report

## Registered Voters 2000 by Race

| District | Registered Republicans 2000 | | | | | Registered Democrats 2000 | | | | | | Registered Ind/Other 2000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | White | Black | Hisp | Other | Total | White | Black | Hisp | Other | | Total | White | Black | Hisp | Other |
| 0 | 3,424,181 | 86.93% | 1.44% | 8.78% | 2.85% | 3,778,831 | 70.57% | 20.59% | 5.57% | 3.26% | | 1,516,796 | 75.90% | 6.07% | 10.14% | 7.90% |
| 1 | 847 | 80.87% | 15.82% | 0.12% | 2.95% | 4,278 | 36.51% | 61.31% | 0.23% | 1.99% | | 340 | 58.24% | 34.12% | 1.92% | 10.13% |
| 2 | 802 | 100.25% | -4.24% | 0.62% | 3.37% | 4,887 | 49.83% | 47.02% | 0.53% | 2.58% | | 312 | 74.04% | 12.82% | 4.30% | 10.33% |
| 3 | 436 | 83.03% | 11.70% | 1.61% | 3.90% | 3,982 | 55.05% | 42.11% | 0.95% | 1.93% | | 256 | 59.77% | 25.39% | 4.30% | 11.83% |
| 4 | 238 | 71.43% | 22.69% | 2.94% | 2.52% | 4,917 | 19.28% | 77.81% | 0.57% | 2.34% | | 169 | 30.18% | 53.25% | 5.33% | 11.83% |
| 5 | 315 | 70.48% | 26.03% | 0.95% | 2.22% | 4,246 | 23.79% | 74.09% | 0.40% | 1.72% | | 207 | 41.55% | 44.44% | 2.90% | 10.63% |