UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NAACP, et al.,

    Plaintiffs,

v.                                                                                                                 4:73cv177-WS

GADSDEN COUNTY SCHOOL
BOARD,

    Defendants.

_____

## ORDER VACATING, IN PART, ORDER ENTERED MARCH 6, 1984

By order docketed March 6, 1984, this court ordered the Gadsden County School Board (the "Board") to reapportion into five single-member residence districts, the boundaries of which were described and displayed in an attached map. No provisions were made then or afterwards for modification or continuance of the 1984 redistricting plan.

Before the court at this time is the Board's motion to reopen the court file in this 1973 case. The plaintiffs have not responded to the motion.

The Board represents that, since the 1984 order and judgment, significant changes have taken place in the population and demographic make-up of Gadsden

County.  On November 13, 2003, the Board passed a resolution adopting new districts that purportedly reflect the changes in population and demographics that have occurred since implementation of the existing plan.  The Board now asks this court to enter an order reopening the 1973 case and approving the new districts.

The court having reviewed the Board's motion, it is ORDERED:

1.  The Board's motion (doc. 2) to reopen Case No. 4:73cv177-WS and to amend the order entered on the docket March 6, 1984, is GRANTED in part.

2.  The order and judgment entered on the docket March 6, 1984, is VACATED AND SET ASIDE to the extent, if any, such order/judgment serves as an impediment to the Board's implementation of a new districting plan.

3.  By so vacating the 1984 order/judgment, the court neither *approves* nor *disapproves* on its merits the redistricting plan adopted by resolution on November 13, 2003.

DONE AND ORDERED this January 21, 2004.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 73cv177-WS